```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-42395 RLE** |
| **TIMOTHY DANIEL HOULIHAN and BARBARA RENE HOULIHAN,** | **Chapter 13** |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On October 14, 2010, I served the within;

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee    U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
BAC Home Loans Servicing, LP
fka Countrywide Home Loans Servicing, LP
PO Box 650070
Dallas, TX 75265-0070**

*///*

Attn: Larry J. Buckley
9441 LBJ Freeway, Suite 250
Dallas, TX 75243

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
Bank of America
101 S. Tryon Street
Charlotte, NC 28202

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 14, 2010      /s/ Joe P. Segura
                                   JOE P. SEGURA