PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed November 10, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No. 09-42395 RLE

**TIMOTHY DANIEL HOULIHAN and**               Chapter 13
**BARBARA RENE HOULIHAN,**
                                              <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
                    Debtors.
_____/

    The above named debtor having served a Motion to Modify Chapter 13 Plan on October 14, 2010 and there being no objections thereto and good cause appearing therefor;

    **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors shall surrender the real property located at 2625 Coffee Tree Way, Antioch, CA 94509 to BAC Home Loans Servicing, LP. fka Countrywide.

                              **END OF ORDER**

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte, Esq.
Corrine Bielejeski
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtors**
Timothy Daniel Houlihan
Barbara Rene Houlihan
2625 Coffee Tree Way
Antioch, CA 94509